# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Suvath Dipraseuth, et al. ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08CR0773-W <br><br> ORDER 08mj0669 <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07409298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Adriana Lopez-Perez

DATED: 3-18-08

RECEIVED _____
         DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by /s/ Herman
Deputy Clerk